No. 2928. ARECIBO SUGAR COMPANY, APPELLANT, v. VALENCIA, APPELLEE.—District Court of Arecibo. Decided Jan-

uary 9, 1923. Intervention. The appellee's motion for dismissal is sustained.